THE METROPOLITAN SAVINGS BANK, Respondent, *v.* THE NEW YORK ELEVATED RAILROAD COMPANY et al., Appellants.

(Argued April 17, 1894; decided May 1, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order

made December 16, 1892, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Reuben Leslie Maynard* for appellants.

*Augustus S. Hutchins* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.